# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| PAUL JOHN DINOBILE<br>and CLAIRE DINOBILE,<br><br>Plaintiffs,<br><br>v.<br><br>ARGENT MORTGAGE COMPANY, LLC,<br><br>Defendant. | C.A. No. 07-219-S |

## <u>ASSENTED TO MOTION TO ENLARGE TIME TO RESPOND TO THE COMPLAINT</u>

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Defendant Argent Mortgage Company, LLC ("Argent") respectfully requests that the Court enlarge the time within which it may answer or otherwise respond to Plaintiffs' Complaint ("Complaint") up through and including August 30, 2007. As grounds for the motion, Argent states:

1. Argent's response to the Complaint is currently due on July 16, 2007.

2. Plaintiffs' counsel agreed to extend the time by which Argent was to answer or otherwise respond to the Complaint.

3. This action has been designated as a "tag-along" action and is thus subject to a conditional transfer order ("CTO-1") to the U.S. District Court for the Northern District of Illinois (Hon. Marvin E. Aspen) in the MDL proceeding styled as <u>In re Ameriquest Mortgage Co. Mortgage Lending Practices Litigation</u>, MDL-1715. The action is not yet the subject of a final transfer order.

4. To permit it sufficient time to answer or otherwise respond to the Complaint, Argent seeks to extend the period in which it may do so up to and including August 30, 2007.

5. Plaintiffs' counsel has assented to this motion.

WHEREFORE, Defendant Argent Mortgage Company, LLC respectfully requests that the Court enlarge the time within which it may answer or otherwise respond to the Complaint up through and including August 30, 2007.

ARGENT MORTGAGE COMPANY, LLC

By Its Attorneys,

PARTRIDGE SNOW & HAHN LLP

/s/ Steven E. Snow
Steven E. Snow (BBO #1774)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX
ses@psh.com

DATED: July 16, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that on the 16th day of July, 2007, I electronically filed the ASSENTED TO MOTION TO ENLARGE TIME TO RESPOND TO THE COMPLAINT with the Clerk of the United States District Court for the District of Rhode Island using the CM/ECF System. The following participants have received notice electronically:

Christopher M. Lefebvre, Esq.
Claude Lefebvre, Esq.

/s/ Steven E. Snow

928620_1/7511-13