**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| PAUL JOHN DINOBILE<br>and CLAIRE DINOBILE,<br><br>Plaintiffs,<br><br>v.<br><br>ARGENT MORTGAGE COMPANY, LLC<br><br>Defendant. | C.A. No. 07-219-S |

**DEFENDANT ARGENT MORTGAGE COMPANY, LLC'S**
**PRETRIAL CONFERENCE STATEMENT**

Pursuant to the notice dated July 17, 2007, Defendant Argent Mortgage Company, LLC ("Argent") provides the following pretrial conference statement for the conference scheduled for July 30, 2007 at 11:00 a.m.

Plaintiff obtained a residential mortgage loan from Argent and has sent Argent a letter purporting to rescind his mortgage loan pursuant to 15 U.S.C. § 1635 and Regulation Z §226.23. Plaintiff alleges that Argent failed to provide proper disclosures of the Plaintiff's right to cancel the loan. In particular, Plaintiff alleges that the Notice to Cancel provided by Argent was addressed to "borrower(s)" and that both Plaintiff and his wife, Claire Dinobile, were identified on the notice as "Borrower/Owner." Notwithstanding the fact that the notice specifically provided that "each borrower in this transaction has the right to cancel" and that "the exercise of this right by one borrower shall be effective for all borrowers", Plaintiff nonetheless claims he was confused with respect to who had a right to cancel. Plaintiff's claim appears frivolous on its face.

Argent has asserted a counterclaim against Plaintiff seeking a declaration of the rights, duties and liabilities of the parties with respect to the Plaintiff's letter of rescission –

including a declaration that Plaintiff is not entitled to rescind the subject loan. Alternatively, in the event the Court declares that Plaintiff is entitled to exercise rescission, Argent seeks a court supervised mutual exchange of monies and properties by the parties through escrow. Such court supervision is necessary in order to avoid a manifest injustice which would occur if Argent's mortgage is declared void yet Plaintiff fails to perform his obligations to return the principal amount of the loan.

Respectfully submitted,

ARGENT MORTGAGE COMPANY, LLC

By Its Attorneys,

PARTRIDGE SNOW & HAHN LLP

/s/ Steven E. Snow
Steven E. Snow (#1774)
180 South Main Street
Providence, RI 02903
(401) 861-8200
(401) 861-8210 FAX
ses@psh.com

DATED: July 26, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that on the 26th day of July, 2007, I electronically filed the foregoing DEFENDANT ARGENT MORTGAGE COMPANY, LLC'S PRETRIAL CONFERENCE STATEMENT with the Clerk of the United States District Court for the District of Massachusetts using the CM/ECF System. The following participants have received notice electronically:

Christopher M. Lefebvre, Esq.
Claude Lefebvre, Esq.

/s/ Steven E. Snow

930758_1/3922-10