A CERTIFIED TRUE COPY

JAN - 7 2008

ATTEST [signature]
FOR THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

FILED
JANUARY 7, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DEC 20 2007

FILED
CLERK'S OFFICE

# UNITED STATES JUDICIAL PANEL on MULTIDISTRICT LITIGATION

**IN RE: AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION** MDL No. 1715

WAH

08 C 181

(SEE ATTACHED SCHEDULE)

JUDGE ASPEN

## CONDITIONAL TRANSFER ORDER (CTO-35)

On December 13, 2005, the Panel transferred five civil actions to the United States District Court for the Northern District of Illinois for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 408 F.Supp.2d 1354 (J.P.M.L. 2005). Since that time, 282 additional actions have been transferred to the Northern District of Illinois. With the consent of that court, all such actions have been assigned to the Honorable Marvin E. Aspen.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Illinois and assigned to Judge Aspen.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of Illinois for the reasons stated in the order of December 13, 2005, and, with the consent of that court, assigned to the Honorable Marvin E. Aspen.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Illinois. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

[signature]
Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

JAN - 7 2008

CLERK'S OFFICE
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

A TRUE COPY-ATTEST
MICHAEL W. DOBBINS, CLERK
By s/ WILLIE A. HAYNES
DEPUTY CLERK
U.S. DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
DATE: JANUARY 10, 2008

**IN RE: AMERIQUEST MORTGAGE CO. MORTGAGE LENDING PRACTICES LITIGATION** MDL No. 1715

**SCHEDULE CTO-35 - TAG-ALONG ACTIONS**

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| MASSACHUSETTS | |
| MA 3 07-30116 | Julie M. Adams, et al. v. Ameriquest Mortgage Co. — 08cv180 |
| RHODE ISLAND | |
| RI 1 07-219 | Paul J. Dinobile, et al. v. Argent Mortgage Co., LLC — 08cv181 |

| DIST. DIV. BKY. ADVY. # | CASE CAPTION |
|---|---|
| ALABAMA SOUTHERN | |
| ALS 1 07-1079 | Joann Jones v. Ameriquest Mortgage Co., et al. — 08cv182 |
| NEW JERSEY | |
| ~~NJ 3 07-2615~~ | ~~Phyllis A. Hollis, et al. v. Ameriquest Mortgage Co., et al.~~<br>Opposed 1/7/08 |